■ The People of the State of New York, Respondent, v Isiah Williams, Appellant. (Appeal No. 3.) [955 NYS2d 907]—

Same memorandum as in *People v Williams* (101 AD3d 1730 [2012]). Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.